# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| SKYMARK PROPS. CORP. INC., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:21-MC-2-WLS |
| MORTEZA KATEBIAN, | : |
| Defendant, | : |
| JAMES A. GARLAND, | : |
| Movant. | : |

## ORDER

Before the Court is Movant James Garland's Motion to Quash Subpoena (Doc. 1), which he filed on September 1, 2021. That same day, the Clerk entered a text entry on the docket, notifying the movant that the records do not show that he met the "required attorney admissions" of this Court, and thus, a show cause hearing will be scheduled if he fails to meet the requirements within fourteen (14) days of said text entry. (Doc. 2, text entry only). More than two (2) years have passed since the text entry, and no further action has been taken by Garland or anyone else since the text entry. (*See generally* the docket). Perhaps this matter has concluded without notice to the Court.

Accordingly, the Movant Garland is **ORDERED** to file a status update regarding his Motion (Doc. 1) within **fourteen (14) days** of entry of this Order. Failure to do so may result in dismissal of the instant proceeding without prejudice, without further warning from the Court.

**SO ORDERED**, this 3rd day of June, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**