IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SKYMARK PROPS. CORP. INC., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:21-MC-2-WLS |
| MORTEZA KATEBIAN, | : | |
| Defendant, | : | |
| JAMES A. GARLAND, | : | |
| Movant. | : | |

**ORDER**

Before the Court is Movant James Garland's Response (Doc. 3) to the Court's Order for Status Update.

Recently, the Court entered an Order (Doc. 2) regarding a status update as to Movant Garland's Motion to Quash Subpoena (Doc. 1), which he had filed on September 1, 2021. In that Order (Doc. 2), the Court instructed the Movant to file a status update regarding his Motion (Doc. 1) because more than two (2) years had passed since the filing, and yet, no further action had been taken in the above-styled case. (*See generally* the docket).

The Movant promptly filed the instant Response (Doc. 3), stating that the subpoena had been withdrawn in 2021, while preserving objections to any further requests in the subpoena. (*Id.*) The Movant further notes that, since then, the subpoena has neither been served nor revisited. (*Id.*)

Upon review of Movant's Response (Doc. 3), the Court finds that Movant's Motion to Quash Subpoena (Doc. 1) has been rendered **MOOT** since it has been withdrawn in 2021. Therefore, the Motion (Doc. 1) is **DISMISSED as MOOT without prejudice**. The Clerk is **ORDERED** to close the instant case.

**SO ORDERED**, this 5th day of June, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**